UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
                                          :
In re                                     :        Chapter 11
                                          :
     GINO J. HERNANDEZ,                 :        Case No.  15-12968 (shl)
                                          :
               Debtor.        :
                                          :
-----------------------------------------------------X

### ORDER ON DEBTOR'S MOTION TO CONTINUE THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B), AND PARTIAL LIFTING OF THE AUTOMATIC STAY AS TO CERTAIN OF THE LANDLORD CREDITORS AND LEASES

Upon the motion of Gino Hernandez (the "Debtor"), dated November 16, 2015, seeking an Order to Continue the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)(B) (the "Continuation Motion"), the opposition thereto of unsecured creditors 137 Broadway Associates, L.L.C., 164 Broadway Associates L.L.C., 180 Broadway Associates, L.L.C., and 145 Vermilyea Associates, L.P. (collectively, the "Landlord Creditors"), all other papers filed pursuant thereto, and following oral argument held on December 4, 2015, after due deliberation and sufficient cause existing therefor; it is hereby

**ORDERED**, that Debtor's Continuation Motion is hereby adjourned to December 8, 2015, the hearing date of Landlord Creditors' Motion to Dismiss the Petition and for Sanctions; and it is further

**ORDERED**, that, on consent of Debtor and Landlord Creditors, the automatic stay is hereby terminated, and lifted, as to the following Landlord Creditors and corresponding commercial leases pursuant to which Debtor is the tenant: (i) 137 Broadway Associates L.L.C., with respect to leased premises at 3379 Broadway a/k/a 602 West 137th Street, New York, New York (Store # 6), and at 602 West 137th Street, New York, New York (Store # 7); (ii) 180

Broadway Associates L.L.C., with respect to leased premises at 660 West 180th Street, New York, New York (Store # 7); and (iii) 145 Vermilyea Associates, L.P., with respect to leased premises 145 Vermilyea Avenue, New York, New York (Store # 1); and it is further

**ORDERED,** that pending the hearing on December 8, 2015 on Landlord Creditors' Motion to Dismiss the Petition and for Sanctions, the automatic stay is hereby continued with respect to all of the Debtor's remaining property, including Debtor's home located at 62-18 Madison Street, West New York, NJ 07093, and any interest the Debtor has with respect to the leased premises at 3920 Broadway, New York, New York (Store #4).

Dated: New York, New York
      December 4, 2015

                                        */s/ Sean H. Lane*
                                        Hon. Sean H. Lane
                                        United States Bankruptcy Judge