**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re** Gino J. Hernandez

**Debtor(s)**

**Case No.** 15-12968

**Reporting Period:** 11/04/2015 - 11/30/2015

**Social Security #** 3903
(last 4 digits only)

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | Yes | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | Yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/Gino J. Hernandez Date 12/18/2015
**Gino J. Hernandez**

Signature of Joint Debtor Date

In re **Gino J. Hernandez** Case No. **15-12968**
Debtor Reporting Period: **11/04/2015 - 11/30/2015**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month | Cumulative Filing to Date |
|---|---|---|
| | Actual | Actual |
| **Cash - Beginning of Month** | $20.00 | |
| **RECEIPTS** | | $0.00 |
| Wages (Net) | $1,000.00 | $0.00 |
| **Interest and Dividend Income** | | $0.00 |
| Alimony and Child Support | | $0.00 |
| Social Security and Pension Income | | $0.00 |
| Sale of Assets | | $0.00 |
| Other Income *(attach schedule)* | $1,680.00 | $0.00 |
| **Total Receipts** | $2,680.00 | $0.00 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | $0.00 |
| Rental Payment(s) | | $0.00 |
| **Other Secured Note Payments** | | $0.00 |
| Utilities | $800.00 | $0.00 |
| Insurance | $400.00 | $0.00 |
| Auto Expense | | $0.00 |
| Lease Payments | | $0.00 |
| Telephone Exp | $380.00 | $0.00 |
| Repairs and Maintenance | | $0.00 |
| Medical Expenses | | $0.00 |
| Food, Clothing, Hygiene | $400.00 | $0.00 |
| Charitable Contributions | | $0.00 |
| Alimony and Child Support Payments | | $0.00 |
| Taxes - Real Estate | | $0.00 |
| Taxes - Personal Property | | $0.00 |
| Taxes - Other *(attach schedule)* | | $0.00 |
| Travel and Entertainment | | $0.00 |
| Bank fee | | $0.00 |
| Other *(see attached schedule)* | $700.00 | $0.00 |
| **Total Ordinary Disbursements** | $2,680.00 | $1,265.00 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees - Tax Collections,legal transcripts | $0.00 | $0.00 |
| U. S. Trustee Fees | $0.00 | $0.00 |
| Other Reorganization Expenses *(attach schedule)* | $0.00 | $0.00 |
| **Total Reorganization Items** | $0.00 | $0.00 |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | $2,680.00 | $550.00 |
| | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | $0.00 | $665.00 |
| | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | $20.00 | |

In re **Gino J. Hernandez** Case No. **15-12968**
Debtor Reporting Period: **11/04/2015 - 11/30/2015**

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS**
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Family Contributions | 1,680.00 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | $1,680.00 | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Oil for home | $400.00 | |
| Cable | $200.00 | |
| Internet | $100.00 | |
| | | |
| | | |
| | | |
| | $700.00 | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $2,680.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $2,680.00 |

**In re** Gino J. Hernandez
**Debtor**

**Case No.** 15-12968
**Reporting Period:** 11/04/2015 - 11/30/2015

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE *** | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

In re Gino J. Hernandez
Debtor

Case No. 15-12968
Reporting Period: 11/04/2015 - 11/30/2015

# DISBURSEMENT JOURNAL

## CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL DISBURSMENTS** | | | $0.00 |
| | | | |

## BANK ACCOUNT DISBURSEMENTS

| Date | PAYEE | Purpose | Amount | Check # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Disbursements for the Month | | | |
| | | | | |

In re **Gino J. Hernandez** Case No. **15-12968**
**Debtor** Reporting Period: **11/04/2015 - 11/30/2015**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| *ASSETS* | *BOOK VALUE AT END OF CURRENT REPORTING MONTH* | *BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT* |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re **Gino J. Hernandez** Case No. **15-12968**
**Debtor** Reporting Period: **11/04/2015 - 11/30/2015**

| *LIABILITIES AND OWNER EQUITY* | | |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |

| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | |
|---|---|---|
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |

| *TOTAL LIABILITIES* | | |
|---|---|---|

In re Gino J. Hernandez
Debtor

Case No. 15-12968
Reporting Period: 11/04/2015 - 11/30/2015

# SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

In re **Gino J. Hernandez**
Debtor

Case No. **15-12968**
Reporting Period: **11/04/2015 - 11/30/2015**

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**In re** Gino J. Hernandez
**Debtor**

**Case No.** 15-12968
**Reporting Period:** 11/04/2015 - 11/30/2015

# DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 6 | Are any post petition State or Federal income taxes past due? | | x |
| 7 | Are any post petition real estate taxes past due? | | x |
| 8 | Are any other post petition taxes past due? | | x |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 10 | Are any amounts owed to post petition creditors delinquent? | | x |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |

TD Bank
America's Most Convenient Bank®



STATEMENT OF ACCOUNT

257014 06DD1E14 1 100000
GINO J HERNANDEZ
DEBTOR IN POSSESSION
DIP CASE 15-12968 SDNY
6218 MADISON ST APT 7
WEST NEW YORK NJ 07093-1650

Page: 1 of 2
Statement Period: Nov 23 2015-Nov 30 2015
Cust Ref #: 4316842685-039-T-###
Primary Account #: 431-6842685

## ACCOUNT STATEMENTS TO INCLUDE MORE BILL PAY TRANSACTION INFORMATION

WE'RE IMPROVING THE TRANSACTION DESCRIPTIONS OF PAPER CHECKS SENT FROM TD BILL PAY ON YOUR ACCOUNT STATEMENTS. THE PAYEE NAME IS NOW INCLUDED IN THE DESCRIPTION. IMAGES OF BILL PAY PAPER CHECKS ARE AVAILABLE IN YOUR ONLINE ACCOUNT HISTORY WITH THE OPTION TO PRINT. IF YOU HAVE ANY QUESTIONS, CALL US ANYTIME AT 1-888-751-9000. WE'RE GLAD TO HELP.

## Chapter 11 Checking

GINO J HERNANDEZ
DEBTOR IN POSSESSION

Account # 431-6842685

## WE WILL SOON CHARGE A MONTHLY FEE FOR PAPER STATEMENTS.

BEGINNING JANUARY 1, 2016, WE'LL CHARGE A $2.00 MONTHLY FEE FOR PAPER STATEMENTS. TO HELP US "GO GREEN" AND AVOID THIS FEE, LOG IN TO TDBANK.COM/BUSINESSDIRECT AND SIGN UP FOR ONLINE STATEMENTS ONLY BY DECEMBER 31, 2015. IF YOU DON'T USE ONLINE BANKING NOW, YOU'LL NEED TO SIGN UP FOR TD BANK BUSINESSDIRECT FIRST. IF YOU ONLY RECEIVE ONLINE STATEMENTS NOW, THIS FEE DOESN'T APPLY. QUESTIONS? CALL 1-888-751-9000.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 20.00 |
| Deposits | 20.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 8 |
| Ending Balance | 20.00 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23 | DEPOSIT | 20.00 |
| | Subtotal: | 20.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 11/23 | 0.00 |
| 11/23 | 20.00 |

V1.8.4js-1:47436

257014 06DD1E14 012765



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender