In re Gino J. Hernandez
**Debtor**

Case No. 15-12968
Reporting Period: 01/01/2016 - 01/31/2016

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $20.00 | |
| **RECEIPTS** | | |
| Wages (Net) | $1,000.00 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | 3,175.21 | |
| **Total Receipts** | $4,175.21 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | $442.82 | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| Cable Television, Internet | $501.44 | |
| IRA Contributions | | |
| Telephone Expenses | $470.00 | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Monthly Gas | | |
| Food, Clothing, Hygiene | $192.16 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | $2,011.61 | |
| **Total Ordinary Disbursements** | $3,618.03 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | $325.00 | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | $3,943.03 | |
| | | |
| **Total Disbursements** *(Ordinary  +  Reorganization)* | | |
| | | |
| **Net Cash Flow** *(Total Receipts  -  Total Disbursements)* | | |

**In re** Gino J. Hernandez                                    **Case No.** 15-12968

|  |  |  |
|---|---|---|
| Debtor | **Reporting Period:** | 01/01/2016 - 01/31/2016 |

| | | |
|---|---|---|
| **Cash - End of Month**  *(Must equal reconciled bank statement)* | $20.00 | |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Family Contributions | $3,175.21 | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| Drivers License Fees, Release of Parking Boot | $2,011.61 | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $3,943.03 |