In re <u>Gino J. Hernandez</u>
      Debtor

Case No. <u>15-12968</u>
Reporting Period: <u>03/01/2016 - 03/31/2016</u>

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $20.00 | |
| **RECEIPTS** | | |
| Wages (Net) | $1,000.00 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | 99.00 | |
| **Total Receipts** | $1,119.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | $315.74 | |
| Auto Expense | | |
| Lease Payments | | |
| Cable Television, Internet | $313.00 | |
| IRA Contributions | | |
| Telephone Expenses | $467.09 | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Monthly Gas | | |
| Food, Clothing, Hygiene | $99.00 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | $1,194.83 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | $1,194.83 | |
| | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | ($75.83) | |

In re Gino J. Hernandez

Debtor

Case No. 15-12968

Reporting Period: 03/01/2016 - 03/31/2016

| | | |
|---|---|---|
| **Cash - End of Month** *(Must equal reconciled bank statement)* | $20.00 | |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Family Contributions (Mother - cash for groceries) | $99.00 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $1,194.83 |

In re Gino J. Hernandez _____          Case No. 15-12968 _____
      Debtor          Reporting Period: 03/01/2016 - 03/31/2016 _____

# BANK RECONCILIATIONS

## Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| | | | | |
| **BANK BALANCE** | | | | |
| **(+) DEPOSITS IN TRANSIT** *(ATTACH LIST)* | | | | |
| **(-) OUTSTANDING CHECKS** *(ATTACH LIST)*: | | | | |
| **OTHER** *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE** * | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

OTHER

In re Gino J. Hernandez

Case No. 15-12968

**Debtor**

Reporting Period: 03/01/2016 - 03/31/2016

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      | Total Cash Disbursements |  |        |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      | Total Bank Account Disbursements |  |        |         |

| Total Disbursements for the Month |  |
|-----------------------------------|--|

In re Gino J. Hernandez
    Debtor

Case No. 15-12968
Reporting Period: 03/01/2016 - 03/31/2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re Gino J. Hernandez

Debtor

Case No. 15-12968

Reporting Period: 03/01/2016 - 03/31/2016

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |

| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
|---|---|---|
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |

| *TOTAL LIABILITIES* | | |
|---|---|---|

In re Gino J. Hernandez
    Debtor

Case No. 15-12968
Reporting Period: 03/01/2016 - 03/31/2016

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt (list creditor) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Post-petition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____
_____
_____
_____

In re Gino J. Hernandez

    **Debtor**

Case No. 15-12968

Reporting Period: 03/01/2016 - 03/31/2016

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Gino J. Hernandez
**Debtor**

Case No.
**Reporting Period:**

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| Is the Debtor delinquent in paying any insurance premium payment? | | x |
| Have any payments been made on pre-petition liabilities this reporting period? | | x |
| Are any post petition State or Federal income taxes past due? | | x |
| Are any post petition real estate taxes past due? | | x |
| Are any other post petition taxes past due? | | x |
| Have any pre-petition taxes been paid during this reporting period? | | x |
| Are any amounts owed to post petition creditors delinquent? | x | |
| Have any post petition loans been been received by the Debtor from any party? | | x |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |

15-12968
03/01/2016 - 03/31/2016